# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NEW ENGLAND ELECTRICAL WORKERS BENEFIT FUND, Individually and on Behalf of All Others Similarly Situated, | |
| *Plaintiff,* | Civil Action Number: 1:14-cv-02335 |
| v. | |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA AMERICA HOLDINGS, INC.; TAKEDA PHARMACEUTICALS U.S.A., INC.; TAKEDA DEVELOPMENT CENTER AMERICAS, INC.; MYLAN INC.; MYLAN PHARMACEUTICALS INC.; ACTAVIS PLC; ACTAVIS, INC. F/K/A WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; RANBAXY LABORATORIES LTD.; RANBAXY INC.; RANBAXY PHARMACEUTICALS INC.; TEVA PHARMACEUTICAL INDUSTRIES LTD.; and TEVA PHARMACEUTICALS USA, INC., | |
| *Defendants.* | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and through its attorneys, Plaintiff New England Electrical Workers Benefit Fund files this notice of dismissal without prejudice of its claims against Defendants Takeda Pharmaceutical Company Limited, Takeda America Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc., Mylan Inc. and Mylan Pharmaceuticals Inc., Actavis plc, Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc., Ranbaxy Laboratories Ltd.,

Ranbaxy Inc., and Ranbaxy Pharmaceuticals Inc., and Teva Pharmaceutical Industries Ltd. and

Teva Pharmaceuticals USA, Inc.

Dated:  April 7, 2014 Respectfully submitted,


By:  /s/ Carol V. Gilden
Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
cgilden@cohenmilstein.com
Tel: (312) 357 0370
Fax: (312) 357 0369
ARDC No.:  6185530

J. Douglas Richards, Esq.
Sharon K. Robertson, Esq.
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Tel: (212) 758-3042
Fax: (212) 838-7745

Frank R. Schirripa, Esq.
Michael A. Rose, Esq.
HACH ROSE SCHIRRIPA & CHEVERIE, LLP
185 Madison Avenue, 14th Floor
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028

*Counsel for Plaintiff*